

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00363-CV

LeeAnn Haley
v.
Beneficial Financial 1, Inc., Successor by Merger to Beneficial Texas, Inc.

On Appeal from the
148th District Court of Nueces County, Texas
Trial Cause No. 2019DCV-3249-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, although she is exempt from payment due to her inability to pay costs.

We further order this decision certified below for observance.

March 12, 2020